7/23/18   Amended Complaint
Case # 18-CV-443 (MKB)

ORIGINAL
RECEIVED
JUL 25 2018
PRO SE OFFICE

Attention U.S. District Court
EDNY / Honorable Margo K. Brodie

Please be advised that on the Nov. 4, 2016 the NYPD entered my family's residence, with a search warrant and sprayed me from my head to the bottom of my body. I was the only one that was assaulted by an officer upon entry and that officer being John Doe #1.

(P2) My civil and consistutional Rights were violated being an act of discrimination since I was the only one assaulted with the fire extinguisher. I was handcuffed by a supervisor being a sgt labled as John doe #2. I was searched by another officer at the pct being John doe #3 the results were Negative. I was given a desk appearance ticket to appear in court on Dec, 14, 2016. When I appeared in court my name wasn't on the docket, I went to the clerks office and was told by the clerk that the D.A. Refuse to prosecute me.

(P3) The NYPD are employees of NYC. Therefore I am suing the city of N.Y. for Discrimination based on the fact that I was the only victim ~~[redacted]~~ sprayed by an employee of the city of N.Y. being John Doe #1 of The NYPD. I am suing the City of N.Y. for the following Reasons

1. Discrimination
2. Damage to my personal property which was over 200,000 dollars in personal professional D.J. Equipment and over 150,000 dollars in Records and CD's that were broke and damaged along with cash taken from a strong box containing 16,000 dollars earned from doing parties,

(P4) Also my bedroom set that was demolished during the search the 3 broken doors to my home ② Front doors and my bedroom door And for the damage to my eyes in which I have a serious problem Reading or seeing before this occured my eyesight was fine. Therefore I am suing NYC in the amount of 50. Million dollars for violating my human Rights and the medical damage to my eyes based on the 4th Amendment, NO ~~[scribbled out]~~ an Reasonable Search or arrest under the Consitutional Law. Please be advised that if this amended complaint isn't sufficient enough for the Court then I request an extention of time to get the proper help to make it right

Dean Poole 7/25/18 CASE# 18-cv-443 MKB