3/16/21

ATT: Pro Se. USDC (EDNY)

CASE# 18CV-443 (2nd Amended Complaint)
(MKB)

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. MAR 25 2021 BROOKLYN OFFICE

RECEIVED MAR 25 2021 PRO SE OFFICE

ON NOV 4 2017 (NYPD) officers entered My family's Home Located at 413 Miller Ave Brooklyn N.Y. With a Search Warrant Please Note that my Statement of Claim is as follows:

① I Claim that its a act of Discrimination by Detective Kelly Brown Sheild 514 (Animal control) Because the Warrant Stated Nothing about excessive force or that any person or Persons should be singled out and sprayed with a fire extinguisher My Rights were Violated under all amendments as far as I am concern Detective Kelly is from animal control I am not a animal Therefore I as Requesting 11 Million dollars for the Discrimination by detective Kelly from animal Control and the City of N.Y. !

③ I claim that the destruction of my personal and private property was also an act of Discrimination under the equal Protection Clause along with the Due process Clause unlawful search false Arrest and Malicious prosecution by all defendants Because there is NO Authorization for the defendants to Destroy my personal Property or was it Listed in the Search warrant that I was to be ~~assaulted~~ assaulted and singled out and to be sprayed with a fine extinguisher by Det. Kelly

④ I Claim that the search warrant didn't authorize the destruction of my personal and private property Listed 150,000 in Records CD's and they took 16,000 in cash that I had in a strong box I earned from doing Parties

(P3) My Claim for Defamation of Character is based on the disrespectful name calling by Detective Kelly as he assaulted me by spraying me with the fire extinguisher.

(4) I Claim that non of the officers were Authorized to destroy private or my personal property all of my professional D.J. Equiptment speaker's mixers Audio & video equiptment valued at over 150,000 dollars in damages The search warrant did not state or give any Authorization for any kind of excessive force or kind of Assault against me or any persons or private and personal property. Ever since I was sprayed in my face and my eyes I have been having problems with my vision all because of Det Kelly and his excessive force.

(P4) I am stating in my Claim that I am suing Detetive Kelly brown for Discrimination, Defamation of Character along with the city for 11 million dollars.

Please note that I am suing the city for the entire complaint for 50 million dollars.

3/16/2021    DenPoole

Case # 18 CV-443 MKB

Darius Poole
48 W. Clinton Ave
Roosevelt N.Y. 11575

ATT (Pro SE) USDC (EDNY)
225 Cadman Plaza East
Brooklyn N.Y. 11201

MID-ISLAND NY 117
17 MAR 2021 PM 3 L

11201-163299